**Order entered October 7, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00640-CV

**PIPELINE HEALTH, LLC AND PIPELINE EAST DALLAS, LLC D/B/A CITY HOSPITAL AT WHITE ROCK, Appellants**

**V.**

**SADKIKA SEEGAN, INDIVIDUALLY AND FOR THE BENEFIT OF J.E.S., A MINOR, DORTHEA FRANCES SEEGAN, AND KERBY KELLER, INDEPENDENT EXECUTOR OF THE ESTATE OF JAMES SEEGAN, DECEASED, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01842**

### ORDER

Before the Court is the October 6, 2022 notice that appellant Pipeline East Dallas, LLC d/b/a City Hospital at White Rock has filed for bankruptcy. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    KEN MOLBERG
          JUSTICE